ANNA BROOKS, as Administratrix, etc., of WILLIAM BROOKS, Deceased, Respondent, v. ERIE RAILROAD COMPANY, Appellant.— Judgment and order reversed upon the law, and new trial granted, with costs to abide the event, for error in the charge of the court to the effect that an absolute duty rested upon the defendant to sound the engine bell or whistle, pursuant to section 1985 of the Penal Law.

(*Vandewater* v. *N. Y. & N. E. R. R. Co.*, 135 N. Y. 583.\ Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ., concur.